Same case below, 354 Fed. Appx. 805.

Same case below, 289 S.W.3d 889.

**No. 10M26. Orlan Hernan Valle, Petitioner v. United States.**

562 U.S. 820, 131 S. Ct. 376, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6244.

October 4, 2010. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

Same case below, 376 Fed. Appx. 332.

**No. 10M27. Eddie Cotto, Petitioner v. Sergeant Bones, et al.**

562 U.S. 819, 131 S. Ct. 376, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6193.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M28. 1568 Montgomery Highway, Inc., Petitioner v. City of Hoover, Alabama.**

562 U.S. 819, 131 S. Ct. 377, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6373.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M29. B. D. S. D., Petitioner v. Texas.**

562 U.S. 820, 131 S. Ct. 377, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6600.

October 4, 2010. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner denied.

**No. 10M30. James E. Downing, Petitioner v. United States.**

562 U.S. 819, 131 S. Ct. 377, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6719.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 372 Fed. Appx. 435.

**No. 10M31. Donald G. Jackman, Jr., Petitioner v. Department of Justice, et al.**

562 U.S. 819, 131 S. Ct. 377, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6321.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.